## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### Case No.: 8:25-cv-00910-WFJ-NHA

**PEGGY  FEASTER,** individually  and  on behalf of all others similarly situated,

      **Plaintiff,**

**v.**

**ELECTROLUX CONSUMER PRODUCTS, INC.,**

      **Defendant.**

_____/

### <u>NOTICE OF LEAD COUNSEL DESIGNATION</u>

In accordance with Local Rule 2.02(a), on behalf of Plaintiff, Scott D. Hirsch,

Esq. is designated as lead counsel in this action, and unless Plaintiff changes that

designation, will remain lead counsel throughout the action.

DATED: April 16, 2025

                         Respectfully Submitted,

                         _/s/ Scott David Hirsch_
                         Scott David Hirsch
                         **SCOTT HIRSCH LAW GROUP PLLC**
                         Fla. Bar No. 50833
                         6810 N. State Road 7

Coconut Creek, FL 33073
Tel: (561) 569-6283
Email: scott@scotthirschlawgroup.com

Nicholas A. Migliaccio (*pro hac vice* forthcoming)
Jason S. Rathod (*pro hac vice* forthcoming)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
Email: nmigliaccio@classlawdc.com
Email: jrathod@classlawdc.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of this filing to all CM/ECF participants of record.

*/s/ Scott David Hirsch*
Scott David Hirsch